1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11
12
13
14
15
16

| ALISHA R. SILBAUGH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE DEPARTMENT OF VETERANS AFFAIRS, and MARY B. ACCOMANDO, and individual, DORIS GRUNTMEIR, an individual, BRIDGET FEENY, an individual,<br><br>　　　　　　Defendants. | CIVIL JUDGMENT<br><br>CASE NO. 3:18-cv-05297-RJB |
|---|---|

17   ____   **Jury Verdict.**  This action came to consideration before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

18
19   **XX**   **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

20   THE COURT HAS ORDERED THAT

21
22   • Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED WITHOUT PREJUDICE;

23
24

Judgment

- Plaintiff's Application for Court-Appointed Counsel in Title VII Action (Dkt. 1-2) is DENIED WITHOUT PREJUDICE;
- This case is DISMISSED WITHOUT PREJUDICE.
- In the event that Plaintiff files an appeal in this case, IFP status is DENIED by this Court, without prejudice to Plaintiff to file with the Ninth Circuit U.S. Court of Appeals an application to proceed *in forma pauperis*.
- This case IS CLOSED.

Dated this 24th day of April, 2018.

William M. McCool
Clerk of Court

 s/Tyler Campbell
Tyler Campbell, Deputy Clerk

Judgment